United States District Court
For the District of N.J.

| | |
|---|---|
| ESPERANZA GUTIERREZ MAYO, *on behalf herself and all other similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>KHODAL MAA, INC. d/b/a EAGLE SUPERMARKET and EL REY SUPERMARKET, JAI KHODI MATA, INC. d/b/a EAGLE SUPERMARKET and EL REY SUPERMARKET, DILIP PATEL, and Individual, VINNY PATEL, an Individual, VISNO PATEL, and individual, MANNY PATEL, and Individual, MUKESH PATEL, and Individual, ABC CORPORATIONS 1-5, and JOHN DOES 1-5<br><br>*Defendants.* | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>2:19-cv-02440-ES-ESK |

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the below-identified parties, that the above-captioned action and all claims asserted therein, or that could have been asserted therein be, and hereby are, dismissed against all of the Defendants without costs, attorneys' fees, fees or expenses to either party and with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

East Brunswick, New Jersey
Dated: ~~February~~ March 10, 2020

_____
Mitchell A. Schley, Esq.
Law Offices of Mitchell Schley, LLC
197 Route 18, Suite 3000
East Brunswick, NJ 08816
*Attorney for Plaintiff*

Fort Lee, New Jersey
Dated: February 27, 2020

_____
Michael K. Chong, Esq.
Law Offices of Michael K. Chong, LLC
2 Executive Drive, Suite 240
Fort Lee, New Jersey 07024
*Attorney for Defendants*

SO ORDERED: _____
Hon. Esther Salas, U.S.D.J.
Date: March 11, 2020